IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| STEVE HENLEY, | ) | **FILED: January 26, 1998** |
| | ) | |
| Appellee, | ) | JACKSON CRIMINAL |
| | ) | |
| v. | ) | Hon. J. O. Bond, Judge |
| | ) | |
| STATE OF TENNESSEE, | ) | Supreme Court |
| | ) | No. 01S01-9703-CC-00056 |
| Appellant. | ) | |

**FILED**

**January 26, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

<u>ORDER ON PETITION TO REHEAR</u>

A petition for rehearing has been filed on behalf of appellee, Steve Henley. After
due consideration, the petition to rehear is denied. The members of this Court continue to
adhere to their respective opinions.


PER CURIAM